J. S25014/16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

IN THE INTEREST OF:  L.K., A MINOR   :    IN THE SUPERIOR COURT OF
                                               :           PENNSYLVANIA

APPEAL OF:  C.K.                       :

                                                     :         No. 1458 WDA 2015


Appeal from the Order, August 27, 2015,
in the Court of Common Pleas of Allegheny County
Orphans' Court Division at No. CP-02-AP-0000077-2015


BEFORE:  FORD ELLIOTT, P.J.E., MUNDY AND JENKINS, JJ.


JUDGMENT ORDER BY FORD ELLIOTT, P.J.E.:      **FILED JULY 08, 2016**

Father appeals the termination of his parental rights to his daughter, L.K. born in December of 2009.  The trial court terminated Father's rights under 23 Pa.C.S.A. § 2511(a)(2), (a)(5), and (b).  We affirm on the trial court's findings and its thorough and comprehensive opinion filed on November 20, 2015.

This is not a close case, and clear and convincing evidence for termination is beyond question based on Father's physical injury to L.K. when she was an infant and for which he has since been incarcerated.  L.K. is doing very well in foster placement with her aunt, and her emotional and physical needs are being cared for.

Order affirmed.

J. S25014/16

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date:  7/8/2016